# United States Court of Appeals
## For the First Circuit

No. 19-1457

SHINYA IMAMURA; IRYO HOJIN NISHIKAI; IRYO HOJIN SHADAN
IMAMURA CLINIC; KABUSHIKI KAISHA BELLEVUE TRADING;
KABUSHIKI KAISHA MARUHI; KOEKI ZAIDAN HOJIN JINSENKAI;
KONNO GEKA CLINIC; AKIRA KONNO; MASAHIRO YAMAGUCHI;
JUNKO TAKAHASHI, on behalf of themselves and all others
similarly situated,

Plaintiffs, Appellants,

v.

GENERAL ELECTRIC COMPANY,

Defendant, Appellee,

DOES 1-100,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on April 24, 2020, is amended as follows:

On page 21, line 20, replace "amendable" with "amenable"